UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                         Case Number 09-20020-BC

v.                                        Honorable Thomas L. Ludington

WILLIAM ELMER RICE,

      Defendant.
_____ /

## **ORDER APPROVING STIPULATION TO ADJOURN SENTENCING**

For the reasons stated in the stipulation to adjourn sentencing [Dkt. # 41], it is **ORDERED** that the sentencing of Defendant William Elmer Rice scheduled for February 22, 2010 will be adjourned until **April 12, 2010 at 2:30 p.m.** Further delay, whether the request comes from the defendant or the government, will not be permitted unless the motion or stipulation is accompanied by a detailed medical report and a brief explaining the specific reasons why Defendant's medical condition merits further delay in sentencing.

                                                   s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: February 19, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 19, 2010.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS